1048

No. A–746 (98–8384). WILLIAMS *v.* TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

No. 98–8742 (A–811). CALAMBRO, AS NEXT FRIEND OF CALAMBRO *v.* IGNACIO, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. A–726. WEINSTEIN *v.* NEW JERSEY. Application for injunctive relief, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. M–53. THOMPSON *v.* CAIN, WARDEN;
No. M–54. HARDO *v.* HENDERSON, POSTMASTER GENERAL;
No. M–55. BURRELL *v.* PENSACOLA POLICE DEPARTMENT ET AL.; and
No. M–56. OBBA, AKA PROCHER *v.* MARSHALL, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION-CEDAR JUNCTION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 105, Orig. KANSAS *v.* COLORADO. Motion of the Special Master for compensation and reimbursement of expenses granted, and it is ordered that the Special Master is awarded a total of $36,708.57 for the period September 10, 1997, through February 28, 1999, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 522 U. S. 1026.]